IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:17CR125** |
| vs. | | |
| ARACELI ANTONIO RASGADO , | | **ORDER** |
| Defendant. | | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [22]. Counsel is seeking additional time for plea negotiations to resolve this matter short of trial. Defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the unopposed Motion to Continue Trial [22] is granted as follows:

1.  The jury trial, now set for October 3, 2017 is continued to **November 7, 2017**.

2.  The defendant has filed an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 7, 2017,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 2nd day of October, 2017.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge